**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHANNON J. MANDEL, | |
| Plaintiff, | CIVIL ACTION NO. 3:09-CV-0042 |
| v. | |
| M & Q PACKAGING CORP., | (JUDGE CAPUTO) |
| Defendants. | |

## ORDER

**NOW**, this 7th day of May, 2013, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment (Doc. 27) is **DENIED** as to Plaintiff's Title VII hostile work environment and constructive discharge claims;

2. Defendant's Motion for Approval to Tax Videotaped Deposition (Doc. 42) and Plaintiff's Objections to and Motion for Review of Bill of Costs (Doc. 46) are **DENIED WITHOUT PREJUDICE AS MOOT**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge